NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALLSTAR TIRE & WHEEL, INC..**
*Plaintiff-Appellant,*

v.

**WHEEL PROS, INC.,**
*Defendant-Appellee.*

---

2011-1015

---

Appeal from the United States District Court for the Central District of California in case no. 08-CV-0563, Judge Alicemarie H. Stotler.

---

## ON MOTION

---

## ORDER

Wheel Pros, Inc. moves without opposition for a 14-day extension of time, until February 7, 2011, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 2 8 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David V. Jafari, Esq.
     Dennis G. Martin, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 8 2011

JAN HORBALY
CLERK